**Opinion filed January 26, 2012**



# In The

# Eleventh Court of Appeals

_____

## No. 11-12-00007-CR

_____

## IN RE DANIEL VASQUEZ DOMINGUEZ

**Original Mandamus Proceeding**

### M E M O R A N D U M   O P I N I O N

Relator, Daniel Vasquez Dominguez, has filed a petition for writ of mandamus complaining of the Hon. Lee Hamilton, judge of the 104th District Court of Taylor County, in connection with his request for a free appellate record. We deny the petition for writ of mandamus.

Relator is seeking a free appellate record in criminal proceedings that occurred in 2006 or earlier. Thus, relator is seeking a free record in criminal appellate proceedings that have concluded. An indigent criminal defendant is not entitled, either as a matter of equal protection or of due process, to a free record of prior proceedings for use in pursuing postconviction relief. *United States v. MacCollom*, 426 U.S. 317, 322-23 (1976); *In re Trevino*, 79 S.W.3d 794, 796 (Tex. App.—Corpus Christi 2002, orig. proceeding); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.—Houston [1st Dist.] 1993, order). To obtain a free record for use in a postconviction proceeding, a relator must show that the subsequent proceeding is not frivolous by making a

specific showing of the issues to be raised and a specific need for the record to demonstrate the right to postconviction relief. *See In re Coronado*, 980 S.W.2d 691, 693 (Tex. App.—San Antonio 1998, orig. proceeding); *Eubanks v. Mullin*, 909 S.W.2d 574, 576-77 (Tex. App.—Fort Worth 1995, orig. proceeding); *Escobar*, 880 S.W.2d at 783.

Mandamus will issue only to correct a clear abuse of discretion or violation of a duty imposed by law when that abuse cannot be remedied by appeal. *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992) (orig. proceeding). Relator has not provided this court with anything to show that a postconviction proceeding would not be frivolous, and he has not shown a specific need for the record. Consequently, relator has failed to demonstrate that he is entitled to a free record from the prior proceedings.

Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

January 26, 2012

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.

2